UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DAVID A. JONES** | **CIVIL ACTION NO. 6:22-0901** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **DUSTIN BICKHAM** | **MAG. JUDGE PATRICK J. HANNA** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 4] having been considered, together with the Objection [Doc. No. 5] filed by Plaintiff David A. Jones on July 8, 2022, and after a *de novo* review of the record, finding that the recommendation of the Magistrate Judge is correct, and that the same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITH PREJUDICE** as untimely.

MONROE, LOUISIANA, this 12th day of July 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE